# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

February 4, 2025

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The request is granted. The IPTC originally scheduled for February 11 is adjourned to March 13, 2025, at 2:00 p.m. The deadline to submit the joint letter and proposed case management plan is adjourned to March 6, 2025.
>
> SO ORDERED
> February 5, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:   *Hedges v. Miss Jessies, LLC*
         Case No.: 1:24-cv-7654

Dear Judge Cronan,

The undersigned represents Donna Hedges, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Miss Jessies, LLC ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for February 11, 2025, at 11:30 a.m (Dkt. 9) be adjourned for 30 days because the Parties are exploring the possibility of resolving this matter without judicial intervention and this extension will allow both parties further time to discuss. Further, the Parties jointly request the deadline to submit the proposed case management plan and scheduling order as well as the joint letter be held in abeyance until Your Honor rules on this request. This is the Plaintiff's first request for an extension and the Defendant consents to the adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.